Revised 2/13/17

## SETTLEMENT CHECKLIST AND TERM SHEET

CASE NAME: Klemp-Hahn v. Salas

CASE NO.: 16 cv 11280

DATE:

A. **PAYMENT OF MONEY**
  1. To: Heather White & Loevy + Loevy    From: Village of Forest Park / IPMG
  2. Total amount to be paid: $ ▮▮▮▮▮
  3. Does payment include attorney's fees? (Yes) or No
  4. Are third party liens to be paid from proceeds? Yes or (No)
     a. If yes, to whom: _____
  5. Tax Treatment (e.g., W-2, 1099): 1099

B. **SELECT A RELEASE OPTION**

☒ **Release** (relinquishment of a right)      OR   ☒ **Covenant Not to Sue** (agreement not to sue in the future)

| Release | Covenant Not to Sue |
|---|---|
| Choose one of the following:<br>a. One Way From Plaintiff(s) to Defendant(s), or<br>(b.) Mutual<br><br>Scope of Release :<br>a. General Release<br>　(1.) All claims raised in the litigation, or<br>　2. All existing claims, whether or not raised in the litigation.<br>OR<br>b. Limited Release:<br>_____<br>_____<br>_____<br>_____ | Exceptions to Covenant Not to Sue:<br>_____<br>_____<br><br>Other Covenant Not to Sue Terms:<br>_____<br>_____<br>_____ |

C. **CONFIDENTIALITY**

   1. Settlement agreement to be confidential: Yes or (No)

   2. Mutual: Yes or No

   3. What can be said about litigation?

   ~~a.~~   Dispute resolved, or
   b.   Other: _____

   4. Exceptions to confidentiality?

   a.   Attorneys
   b.   Tax advisors
   ~~c.~~   Immediate family
   ~~d.~~   As otherwise required by law
   e.   Other: _____

   5. *[Optional]* Liquidated damages in event of breach of confidentiality agreement: Yes or No

   a. Amount (*Not too large to avoid being a penalty, e.g., no more than 5-10% of total settlement amount*): $_____

   b. Attorneys' fees and expenses to prevailing party in litigation arising from alleged breach of confidentiality agreement: Yes or No

D. **OTHER SETTLEMENT TERMS**

   1. No admission of liability.

   2. no public statements by any party

   3. Phone records produced by ISP are confidential per protective order

E. **EMPLOYMENT CASES ONLY**

   1. Ability to reapply: Yes or No

   2. Type of reference: _____

2

F. **EFFECTIVE DATE**

   (1.) A binding agreement today; or

   2. No binding agreement until the typed settlement agreement is signed.

G. **CONFIRMING AND DOCUMENTING SETTLEMENT**

   1. Do parties wish to place settlement terms on the record?   Yes or (No)

   2. Settlement terms to be incorporated in a typed written agreement?  (Yes) or No

   3. *[Optional]* Settlement agreement to be prepared by ___Village of Forest Park Counsel___

   and sent to other parties on or before ___8/18/17___

   4. Will settlement agreement be filed in court?   Yes or (No)

H. **DISMISSAL OF LITIGATION AND COURT'S JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT -- CHOOSE ONE OF THE OPTIONS BELOW:**

   1. **Dismissal without prejudice to be entered on** _____.
   *[Plaintiff will dismiss claims without prejudice on a particular date.]*

   (2.) **Dismissal without prejudice that automatically will convert to a dismissal with prejudice on** ___10/13/17___ *[insert date]* **unless, on that date, a motion to reinstate the case, a motion to enforce the settlement agreement, or a motion for additional time to file a motion to reinstate or a motion to enforce the settlement agreement is pending before the Court.**
   *[Note: in the Seventh Circuit, a court cannot enforce the terms of a settlement if the case is dismissed with prejudice unless the parties incorporate the material terms of the settlement into the dismissal order (Option 4 below) or enter into a consent decree (Option 5 below). Parties that want the Court to be able to enforce the terms of the settlement for a period of time should choose one of these options, or not dismiss the case until all conditions of settlement are satisfied.]*

   ~~3. **Dismissal with prejudice to be entered on (a)** _____ *[insert date],* **or (b)** only after the following conditions are satisfied: the settlement agreement is fully executed, the settlement payment has been received, and a stipulation to dismiss has been filed.~~

   *[and/or]*

   _____

   _____.

3

4. Dismissal with prejudice, the parties will incorporate the material settlement terms into the dismissal order, and the Court will retain jurisdiction to enforce those settlement terms.

5. The parties will agree to and the Court will enter a consent decree.

6. Other: _____

_____

_____

I. **DO PARTIES OR PARTY REPRESENTATIVES HAVE FULL AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT?** Yes or No

J. **DO PARTIES CONSENT TO MAGISTRATE JUDGE JURISDICTION?** (Yes) or No
*(If yes, counsel should fill out and execute a separate consent form.)*

Signatures and titles of all parties, party representatives and counsel:

_Heather Klemp-Hahn, Plaintiff_

_Elizabeth Mazur, attorney for Plaintiff_

_Anthony Caldwell_

_____ ICRMT

_Kilyer_

_Kelly A Krauchun Atty for A Salas_

K. **NEXT COURT DATE** (if needed): _Sept 28, 2017 at 10:00 A.M._ . If a stipulation of dismissal is filed before this date, the status hearing will be stricken and counsel need not appear.

4