# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HEATHER KLEMP-HAHN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERTO SALAS, and VILLAGE OF )<br>FOREST PARK, )<br>)<br>Defendants. ) | Case No. 16-CV-11280 |

### DEFENDANT ROBERTO SALAS'S RESPONSE TO
### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW COMES Defendant Roberto Salas, by and through his attorney, Daniel Q. Herbert of the Law Offices of Daniel Q. Herbert & Associates, and hereby responds to Plaintiff's Complaint Motion to Enforce Settlement Agreement, as follows:

1. Defendant Salas adopts the response filed by Co-Defendant, Village of Forest Park.

                                                                    Respectfully submitted,

                                                                    /s/Daniel Q. Herbert
                                                                    Attorneys for Defendant Salas

The Law Offices of Daniel Q. Herbert & Associates
Attorneys for Defendant Salas
206 S Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
Dan.herbert@danherbertlaw.com
Attorney No. 6273940

## **CERTIFICATE OF SERVICE**

I, Daniel Q. Herbert, hereby certify that on September 26, 2017, I electronically filed the foregoing Defendant Roberto Salas's Response to Plaintiff's Motion to Enforce Settlement Agreement with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                              /s/ Daniel Q. Herbert
                                                              Attorney for Defendant

Daniel Q. Herbert
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
Dan.herbert@danherbertlaw.com
ARDC #6273940